## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** United States of America v. Ari Teman     **Docket No.:** 25-1204

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Jacob H. Gutwillig

Firm: United States Attorney's Office for the Southern District of New York

Address: 26 Federal Plaza, New York, NY 10278

Telephone: (212) 637-2215     Fax: (212) 637-2527

E-mail: jacob.gutwillig@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Nathan Rehn/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 23, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jacob Gutwillig

Type or Print Name: Jacob Gutwillig

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States

**CERTIFICATE OF SERVICE***

Docket Number: 25-1204

v.

Ari Teman

I, Jacob H. Gutwillig, hereby certify under penalty of perjury that
(print name)
on May 16, 2025, I served a copy of notice of appearance
(date)
in the above-referenced matter
(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     _X_ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jacob H. Gutwillig | 26 Federal Plaza, New York, NY 10278 | Modiin | Israel | 7175829 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/16/25                                    /s/ Jacob Gutwillig
Today's Date                                 Signature

Certificate of Service Form (Last Revised 12/2015)