UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

**UNITED STATES OF AMERICA,**                                    Case No. 25-1204

Plaintiff-Appellee,

v.

**ARI TEMAN,**

Defendant-Appellant.

On Appeal from the United States District Court for the Southern District of New York

Case No. 19-CR-696 (PAE) Paul A. Engelmayer, District Judge

**CERTIFICATE OF SERVICE (UPDATED & CONSOLIDATED)**

On May 14, 2025, a true copy of the

(a) **Appeal, (b) Notice of Appearance, (c) Form B, and (d) Form 1080**, (e) Financial Affidavit[1]

was served via email and SDNY pro se email and email on:

- Nathan Rehn, Attorney for the Appellee, One Saint Andrew's Plaza, New York, NY 10007 via email at **nathan.rehn@usdoj.gov** and the above methods
- Jacob H. Gutwillig, AUSA via email at jacob.guttwillig@usdoj.gov and the above methods
- Harmeet Dhillon, DOJ Head of Civil Rights at harmeet.dhillon@usdoj.gov and the above methods
- Edward Martin Jr, DOJ anti-weaponization attorney at edward.martinjr@usdoj.gov and the above methods
- Officer Jimmy Wong, U.S. Probation Office, S.D.F.L. at Jimmy_wong@flsp.uscourts.gov and the above methods

/s/ Ari Teman

Ari Teman, Pro Se

May 14, 2025 / 14th of Iyyar, 5785

---

[1] The Financial Affidavit was already had been submitted and is subject of the appeal & thus should not be the basis for a "Defective" document error.